**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

PATRICIA KENNEDY,
               Plaintiff(s),

vs.

SHRINATHJI-KRUPA, INC.,
               Defendant(s).

CIVIL ACTION FILE

NO.  4:20-CV-00069-LMM

## DEFAULT  JUDGMENT

The defendant(s) , having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Leigh Martin May, United States District Judge, by order of 1/20/2021, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, Defendant shall comply with § 36.302(e) by providing the Websites with the required accessibility information within ninety (90) days of the entry of the Order, and to thereafter remain in compliance with § 36.302(e).

Dated at Atlanta, Georgia this 3RD day of March, 2021.

JAMES N. HATTEN
CLERK OF COURT

By:   s/ T. Frazier
             Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
March 3, 2021
James N. Hatten
Clerk of Court

By:  s/ T. Frazier
         Deputy Clerk