**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| PATRICIA KENNEDY,<br>            Plaintiff(s),<br><br>vs.<br><br>SHRINATHJI-KRUPA, INC.,<br>            Defendant(s). | CIVIL ACTION FILE<br><br>NO. 4:20-CV-00069-LMM |

## A T T O R N E Y   F E E   J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of Plaintiff's Motion for Fees and Expenses, and the court having granted said motion, it is

**Ordered and adjudged** that Plaintiff is awarded $4,857.50 in attorneys' fees and $1,740.00 in costs and fees of litigation for a total of $6,597.50.

Dated at Atlanta, Georgia this 3rd day of March, 2021.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ T. Frazier
     Deputy Clerk

Prepared, filed, and entered in
the Clerk's Office
March 3, 2021
James N. Hatten
Clerk of Court

By:   s/ T. Frazier
         Deputy Clerk